

In The United States District Court

Central District Of California

United States Of America

        Plaintiff,

vs.

Hassan Shaban Kanyike,

   Movant / Defendant.

Case No. 2:23-CV-08789

Motion To Withdraw Pending § 2255

Movant / Defendant hereby kindly requests this honorable court to grant his motion to withdraw his motion to withdraw the pending § 2255 motion filed in this court.

Respectfully Submitted this day of October 29th 2023.

_____
Hassan Shaban Kanyike

Certificate of Service

On October 29th 2023, the undersigned party served the following motion Motion To Withdraw Pending § 2255 on the U.S. Attorney by sending a prepaid envelope placed in the mailbox inside the FCI #1 Victorville Med to the Office Of The Clerk at 350 West 1st Street, Ste. 4311 L.A. Calif. 90012 to be electronically filed on all interested parties.

_____
Hassan Shaban Kanyike



Hassan Shaban Kanyike
#21355-509
FCI - Victorville medium I
P.O. Box 3725
Adelanto CA 92301

SN BERNARDINO CA 923
1 NOV 2023 PM 7 L

NOV - 3 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Federal Court Los Angeles
Clerk of Court
255 East Temple Street,
Suite TS-134
Los Angeles CA 90012

90012-330934