<u>In The United States District Court</u>

<u>Central District Of California</u>

United States Of America                    Case No. 2:23-CV-08789

           Plaintiff,                    Motion To Withdraw Pending § 2255

vs.

Hassan Shaban Kanyike,

    Movant / Defendant.



FILED
CLERK, U.S. DISTRICT COURT

NOV 15 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

    Movant / Defendant hereby kindly requests this honorable court to grant his motion to withdraw his motion to withdraw the pending § 2255 motion filed in this court.

Respectfully Submitted this day of October 29th 2023.

Hassan Shaban Kanyike

                          Certificate of Service

On October 29th 2023, the undersigned party served the following motion Motion To Withdraw Pending § 2255 on the U.S. Attorney by sending a prepaid envelope placed in the mailbox inside the FCI #1 Victorville Med to the Office Of The Clerk at 350 West 1st Street, Ste. 4311 L.A. Calif. 90012 to be electronically filed on all interested parties.

                                 Hassan Shaban Kanyike

NOV 1 5 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

PURPLE HEART
FOREVER USA

PURPLE HEART
FOREVER USA

SN BERNA    13 N

Hassan shaban Kanyike – inmate # 21355-509
FCI.-victorville medium I
P.o. Box 3725
Adelanto CA 92301

The Clerk of court
Attn: Honorable Virginia A. Phillips
Los Angeles Federal Court House
350 West 1st street,

Los Angeles CA 90012

90012-465420

